December 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROBERT PRIMO, Appellant

NO. 14-13-00492-CV                                        V.

GREAT AMERICAN INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Great American Insurance Company, signed May 5, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Great American Insurance Company.

We further order this decision certified below for observance.